IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,                                       CASE NO. 24-mj-01844-LF

vs.

**JUAN EDUARDO ESPARZA ASTORGA,**

       Defendant.

## **NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The UNITED STATES respectfully submits this pleading to notify the Court and counsel that Assistant United States Attorneys Blake Nichols and Elaine Ramirez have replaced Louis Mattei of the United States Attorney's Office, as Government counsel in this cause.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of Blake Nichols and Elaine Ramirez.

                                                            Respectfully submitted,

                                                            ALEXANDER M.M. UBALLEZ
                                                            United States Attorney

                                                           *Electronically filed 12/17/2024*
                                                           BLAKE NICHOLS
                                                           Assistant United States Attorney
                                                           201 Third Street NW, Suite 900
                                                          Albuquerque, New Mexico  87102
                                                          (505) 346-7274

I CERTIFY that a true copy of the foregoing pleading was provided to opposing counsel of record, via CM/ECF this 17th day of December, 2024.

        /s/
_____
Blake Nichols
Assistant United States Attorney